# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAROL GREENBERG,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 11-4132 |
| | : | |
| **MACY'S, ET AL.,** | : | |
| Defendants. | : | |
| | : | |

## ORDER

**AND NOW**, on this 14th day of September, 2011, it is **ORDERED** that Plaintiff's Motion to Remand is **GRANTED**. *(Doc. No. 7.)* It is further **ORDERED** that Plaintiff's Motion to impose fees and costs on Defendants is **DENIED**. *(Doc. No. 7.)*

This matter is remanded to the Philadelphia Common Pleas Court.

The Clerk's Office shall close this case for statistical purposes.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
**Paul S. Diamond, J.**